```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN                              JS-6
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5       411 West Fourth Street, Suite 8000
         Santa Ana, CA 92701                  SEP 28 2009
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail    : marcus.kerner@usdoj.gov  CLERK, U.S. DISTRICT COURT
    Attorneys for Defendant,                  CENTRAL DISTRICT OF CALIFORNIA
 8  Michael J. Astrue, Commissioner of        SOUTHERN DIVISION AT SANTA ANA
    Social Security                                                  DEPUTY
 9
10                     UNITED STATES DISTRICT COURT
11                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                            WESTERN DIVISION
13  KENDRICK BATISTE,            )    No. CV 09-971-MLG
                                 )
14              Plaintiff,       )    JUDGMENT OF REMAND
                                 )
15       v.                      )
                                 )
16  MICHAEL J. ASTRUE,           )
    COMMISSIONER OF SOCIAL       )
17  SECURITY,                    )
                                 )
18              Defendant.       )
    _____)
19       The Court having received and approved Stipulation to Voluntary
20  Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),
21       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall
22  be entered remanding this action to the Commissioner of Social
23  Security for further action consistent with the Stipulation for
24  Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g)
25  lodged concurrent with the lodging of the within Judgment.
26  DATED: September 28, 2009
27                                    _____
28                                    MARC L. GOLDMAN
                                      UNITED STATES MAGISTRATE JUDGE
```

Presented by:

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

　　　/s/ Marcus M. Kerner
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant

2